STATE OF NEW JERSEY v. DOUGLAS LYNCH.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY BROWN.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WAYNE LASSITER.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY JENKINS.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN E. NICHADOWICZ.

February 11, 1985.

Petition for certification denied.